UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JANIS ROCK, | Civil No. 08-0792 (JRT/RLE) |
| Plaintiff, | |
| v. | |
| | **ORDER FOR DISMISSAL** |
| DEPARTMENT OF THE INTERIOR BUREAU OF INDIAN AFFAIRS, | |
| Defendant. | |

_____

> Bryan Battina and Michael Frasier, **BOCK & BATTINA, LLP**, 333 Washington Avenue North, Suite 404, Minneapolis, MN 55401, for plaintiff.
>
> Mary Madigan, Assistant United States Attorney**, OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415**, ,** for defendant.

Pursuant to the Stipulation for Compromise Settlement [Docket No. 8] and the Stipulation of Dismissal with Prejudice [Docket No. 9],

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby dismissed with prejudice, without further costs or disbursement to any of the parties.


DATED: July 10, 2009
at Minneapolis, Minnesota.

                                                                  s/John R. Tunheim
                                                          JOHN R. TUNHEIM
                                            United States District Judge